**William E. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37562.**

Missouri Court of Appeals,
Western District.

July 29, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1986.

Application to Transfer Denied
Oct. 14, 1986.

Sean O'Brien, David S. Durbin, Kansas City, for appellant.

William L. Webster, Kevin B. Behrndt, Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed.   Rule 84.16(b).